IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MICHAEL HART**                                                                                        **PLAINTIFF**
**#97644**

v.                     CASE NO. 4:23-CV-00957 BSM

**DAMIAN BASS, Charging Officer,**
**Arkansas State Trooper,** *et al.*                                             **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 17th day of December, 2024.

_____
UNITED STATES DISTRICT JUDGE